# MINUTES

CASE NUMBER:      CR NO. 12-00574LEK

CASE NAME:        USA vs. REGIONALD O. DIXON

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     06/08/2015                   TIME:

COURT ACTION:  EO: Sentencing currently set for 10/8/2015 at 02:45 PM is continued to **1/14/2016 at 03:30 PM** before Judge Leslie E. Kobayashi.

AUSA Mark W. Pletcher to prepare Stipulation Continuing Sentencing for Judge Leslie E. Kobayashi's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager